


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Carolyn F. O'Connor (2325)
33 Washington St.
Newark, NJ 07102
Attorneys for Defendant, Samsung Telecommunications America, LLC, improperly named as Samsung Telecommunications America and AT&T Mobility LLC, improperly named as AT&T

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM KESTLY | Civil Action No. 3:09-cv-05858 |
| Plaintiffs, | Civil Action |
| v. | **STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| AT&T, SAMSUNG TELECOMMUNICATIONS AMERICA, JOHN DOES 1-10 (fictitious names), and ABC CORP., 1-10 (fictitious names), | *FILED ELECTRONICALLY* |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the above-captioned matter is dismissed without prejudice and is hereby remanded to Monmouth County Superior Court in Monmouth County, New Jersey where it shall be returned to the Law Division's active list.

Dated:   December 17, 2009

Wilson, Elser, Moskowitz,
Edelman & Dicker, LLP

By: _____
Carolyn F. O'Connor
33 Washington St.
Newark NJ 07102-3017
File No.: 07416.00049

Manning, Caliendo & Thomson, PA

By: _____
Vincent P. Manning
36 West Main St.
Freehold, NJ 07728

**SO ORDERED:**

_____
Hon. Mary L. Cooper     Date: JAN. 12, 2010

932370.1